JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. HAMILTON, | Case No. CV 14-2471-DDP (SP) |
| Petitioner, | |
| v. | **JUDGMENT** |
| WARDEN, | |
| Respondent. | |

Pursuant to the Order Summarily Dismissing Action,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: 5/2/2014

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE